**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Northern District of Georgia

Case number (*If known*): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Georgia Vascular Specialists, P.C. |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names, and *doing business as* names | GVS |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 20-2493257 |

| 4. | **Debtor's address** | **Principal place of business**  1718 Peachtree St. NE  Number    Street  Suite 360  Atlanta              GA    30309  City                          State    ZIP Code  Fulton County  County | **Mailing address, if different from principal place of business**  _____  Number    Street  P.O. Box  _____  City        State    ZIP Code  **Location of principal assets, if different from principal place of business**  _____  Number    Street  _____  City        State    ZIP Code |
|---|---|---|---|

| 5. | **Debtor's website** (URL) | https://www.gvsatl.com/ |
|---|---|---|
| 6. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ |

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor **Georgia Vascular Specialists, P.C.**     Case number *(if known)*_____
     Name

7. **Describe debtor's business**

    A. *Check one:*
    - ☑ Health Care Business (as defined in 11 U.S.C. § 101(27A))
    - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
    - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
    - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
    - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
    - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
    - ☐ None of the above

    B. *Check all that apply:*
    - ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
    - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
    - ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

    C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .
    **6213**

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

    *Check one:*
    - ☐ Chapter 7
    - ☐ Chapter 9
    - ☑ Chapter 11. *Check **all** that apply*:
        - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
        - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
        - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
        - ☐ A plan is being filed with this petition.
        - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
        - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
        - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
    - ☐ Chapter 12

    A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

    If more than 2 cases, attach a separate list.

    - ☑ No
    - ☐ Yes. District _____ When _____ Case number _____
                                                         MM / DD / YYYY
           District _____ When _____ Case number _____
                                                         MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    - ☑ No
    - ☐ Yes. Debtor _____ Relationship _____
           District _____ When _____
                                                          MM / DD / YYYY
           Case number, if known _____

Debtor  Georgia Vascular Specialists, P.C. _____  Case number *(if known)*_____
      Name

| | | |
|---|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:* ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. | |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>   What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br><br>**Where is the property?** _____<br>         Number      Street<br>_____<br>_____<br>City      State      ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br>      Contact name _____<br>      Phone _____ | |

### Statistical and administrative information

| | | |
|---|---|---|
| **13. Debtor's estimation of available funds** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. | |
| **14. Estimated number of creditors** | ☐ 1-49<br>☑ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5,001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☑ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page **3**

| Debtor | Georgia Vascular Specialists, P.C. | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

| 16. Estimated liabilities | ☐ $0-$50,000 | ☒ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/12/2025
             MM  / DD / YYYY

✖ /s/ James M. Poindexter Jr          James M. Poindexter Jr
Signature of authorized representative of debtor     Printed name

Title  CEO

**18. Signature of attorney**

✖ /s/ Benjamin Keck                    Date  05/12/2025
Signature of attorney for debtor                    MM / DD / YYYY

Benjamin Keck
Printed name

Keck Legal, LLC
Firm name

2801 Buford Highway NE Suite 115
Number    Street

Atlanta                                GA         30329
City                                   State      ZIP Code

4708266020                             bkeck@kecklegal.com
Contact phone                          Email address

943504                                 GA
Bar number                             State

Fill in this information to identify the case:

Debtor name: Georgia Vascular Specialists, P.C.

United States Bankruptcy Court for the: Northern District of Georgia

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Boston Scientific Corporation<br>Post Office Box 786205<br>Philadelphia, PA, 19178 | BSXInvestorRelations@bsci.com | Suppliers or Vendors | | | | 441,767.90 |
| 2 | American Medical Administrators, Inc.<br>26 Reynolds Street<br>Springhill, LA, 71075 | jon@amadministrators.com | Services | Disputed | | | 200,000.00 |
| 3 | Extended Health Services<br>105 Russell St<br>Hayti, MO, 63851 | info@extendedhealthservices.us | Suppliers or Vendors | | | | 79,312.64 |
| 4 | P25 Ownership, LLC<br>Post Office Box 71268<br>Charlotte, NC, 28272-1268 | | Lease Arrears | | | | 68,742.99 |
| 5 | GAHC4 Lithonia GA MOB LLC<br>Post Office Box 74007474<br>Chicago, IL, 60674-7474 | | Deficiency Balance | | | | 65,878.54 |
| 6 | MiMedx Group, Inc.<br>P.O. Box 744853<br>Atlanta, GA, 30374-4853 | customerservice@MIMEDX.com | Suppliers or Vendors | | | | 41,250.00 |
| 7 | Venture Medical<br>211 N Higgins Ave.<br>Ste. 305<br>Missoula, MT, 59802 | sales@venturemedical.com | Suppliers or Vendors | | | | 33,524.00 |
| 8 | Deborah A. Wallace<br>407 Clearwater Way<br>Monroe, GA, 30655 | | Wages, Salaries, Commissions | | | | 22,500.00 |

Debtor __Georgia Vascular Specialists, P.C._____   Case number (*if known*)_____
         Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Medline Industries, Inc. Dept CH 14400 Palatine, IL, 60055-4400 | service@medline.com | Suppliers or Vendors | | | | 14,457.01 |
| 10 | E-Code Solutions, Inc. 15045 East Pokihantus Dr. Canton, IL, 61520 | info@e-codesolutions.com | Suppliers or Vendors | | | | 14,412.35 |
| 11 | Ziehm-Orthoscan Inc. P.O. Box 841258 Dallas, TX, 75284-1258 | support@ziehm-orthoscan.com | Suppliers or Vendors | | | | 14,000.00 |
| 12 | TCF - Equipment Finance 11100 Wayzata Blvd #801 Hopkins, MN, 55305 | tdonnelly@tcfef.com | Monies Loaned / Advanced | | | | 12,101.70 |
| 13 | ImageFIRST Southeast Region PO Box 748385 Atlanta, GA, 30374-8385 | info@imagefirst.com | Suppliers or Vendors | | | | 8,179.06 |
| 14 | The Doctors Company 185 Greenwood Road Napa, CA, 94558 | tdcsales@thedoctors.com | Insurance | | | | 6,073.27 |
| 15 | iRCODER.COM Medical Asset Management, Inc 3355 Lenox Road Suite 1150 Atlanta, GA, 30326-1332 | | Suppliers or Vendors | | | | 6,000.00 |
| 16 | Terumo Medical Corporation PO BOX 930299 Atlanta, GA, 31193-0299 | tmccustomer.admin@terumomedical.com | Suppliers or Vendors | | | | 5,010.42 |
| 17 | Henry Schein, Inc. Box 371952 Pittsburgh, PA, 15250-7952 | custserv@henryschein.com | Suppliers or Vendors | | | | 4,248.90 |
| 18 | AngioDynamics Post Office Box 1549 Albany, NY, 12201-1549 | info@angiodynamics.com | Suppliers or Vendors | | | | 3,227.85 |
| 19 | The Paul Revere Life Insurance Company Post Office Box 740590 Atlanta, GA, 30374-0590 | privacy@unum.com | Insurance | | | | 2,127.84 |
| 20 | Laz Parking Post Office Box 933911 Atlanta, GA, 31193-3911 | RRinquiries@LAZParking.com | Suppliers or Vendors | | | | 2,012.91 |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 2

United States Bankruptcy Court

Northern District of Georgia

In re: Georgia Vascular Specialists, P.C.

Debtor(s)

Case No.

Chapter 11

# Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 05/12/2025

/s/ James M. Poindexter Jr
Signature of Individual signing on behalf of debtor

CEO
Position or relationship to debtor

A1 Shredding
1791 West Oak Pkwy
Suite 2
Marietta, GA 30062

ADT Security Services
PO BOX 371878
Suite 410
Pittsburgh, PA 15250

AngioDynamics
Post Office Box 1549
Albany, NY 12201-1549

Arnall Golden Gregory, LLP
171 17th Street NW
Suite 2100
Atlanta, GA 30363-1031

Boston Scientific Corporation
Post Office Box 786205
Philadelphia, PA 19178

Chase Bank
PO Box 15369
Wilmington, DE 19850

Chase Bank
P.O. Box 9001022
Louisville, KY 40290-1022

City of Atlanta
55 Trinity Avenue SW
Atlanta, GA 30303

COMCAST
Post Office Box 71211
Charlotte, NC 28272-1211

Cook Medical
22988 Network Place
Chicago, IL 60673-1229

Costco Business Center
1700 Mount Zion Rd
Morrow, GA 30260

Deborah A. Wallace
407 Clearwater Way
Monroe, GA 30655

E-Code Solutions, Inc.
15045 East Pokihantus Dr.
Canton, IL 61520

Extended Health Services
105 Russell St
Hayti, MO 63851

Fulton County Tax Commissioner
141 Prior St #1085
Atlanta, GA 30303

Fusion, LLC
PO Box 51538
Los Angeles, CA 90051-5838

GAHC4 Lithonia GA MOB LLC
Post Office Box 74007474
Chicago, IL 60674-7474

Georgia Department of Labor
148 Andrew Young Int'l Blvd. NE
Atlanta, GA 30303

Georgia Department of Revenue
2595 Century Parkway NE
Suite 339
Atlanta, GA 30345

Georgia Dept. of Community Health
PO Box 1984
Atlanta, GA 30301

Georgia Power
96 Annex
Atlanta, GA 30396-0001

Heathcare Medical Billing Solutions, LLC
6645 Hunt Rd.
Pleasant Garden, NC 27313

Henry Schein, Inc.
Box 371952
Pittsburgh, PA 15250-7952

Huntington TCF
Post Office Box 77077
Minneapolis, MN 55480-7777

ImageFIRST Southeast Region
PO Box 748385
Atlanta, GA 30374-8385

Internal Revenue Service (Atl)
401 W. Peachtree Street, N.W.
Stop 334-D
Atlanta, GA 30308

IPitomy Communications, LLC
2837 Cattlemen Road
Sarasota, FL 34232

iRCODER.COM Medical Asset Management, Inc
3355 Lenox Road
Suite 1150
Atlanta, GA 30326-1332

James M. Poindexter, Jr.
4192 Roswell Rd N E
Atlanta, GA 30342

July
Post Office Box 4346
Department #399
Houston, TX 77210

Landauer
Lockbox 809051 5300 S. Cicero Avenue
Chicago, IL 60638

Laz Parking
Post Office Box 933911
Atlanta, GA 31193-3911

MCF Environmental Services, Inc.
P.O. Box 736391
Dallas, TX 75373-6391

McKesson Medical Surgical
Post Office Box 660266
Dallas, TX 75266-0266

Medline Industries, Inc.
Dept CH 14400
Palatine, IL 60055-4400

Merit Medical Systems, Inc.
Post Office Box 204842
Dallas, TX 75320-4842

Methapharm, Inc.
11772 West Sample Rd,
Ste. 101
Coral Springs, FL 33065

MiMedx Group, Inc.
P.O. Box 744853
Atlanta, GA 30374-4853

N & N Medical, Inc.
670 Willow Knoll Drive
Marietta, GA 30067

nexAir, LLC
Post Office Box 125
Memphis, TN 38101-0125

Nova Vascular
99 Wall Street #878
New York, NY 10005

Office Depot
PO Box 78004
Phoenix, AZ 85062-8004

Optum360
Post Office Box 88050
Chicago, IL 60680-1050

P25 Ownership, LLC
Post Office Box 71268
Charlotte, NC 28272-1268

Piedmont Clinic
PO Box 117327
Atlanta, GA 30368-7327

Pitney Bowes Global Financial Services, L
Post Office Box 371874
Pittsburgh, PA 15250-7874

Pitney Bowes Purchase Power
3001 Summer Street
Stamford, CT 06926

ProgenaCare Global, LLC
2275 Northwest Parkway SE
Suite 1
Marietta, GA 30067-9317

Society for Vascular Surgery
Post Office Box 75491
Baltimore, MD 21275-5491

Society for Vascular Ultrasound
1601 Utica Ave S, Suite 213
Minneapolis, MN 55416

TCF - Equipment Finance
11100 Wayzata Blvd
Hopkins, MN 55305

Terumo Medical Corporation
PO BOX 930299
Atlanta, GA 31193-0299

The Doctors Company
185 Greenwood Road
Napa, CA 94558

The Huntington National Bank/TCF
Post Office Box 77077
Minneapolis, MN 55480

The Paul Revere Life Insurance Company
Post Office Box 740590
Atlanta, GA 30374-0590

The Perfect Answer
Post Office Box 95117
Chicago, IL 60694-5117

Travelers
CL Remittance Center PO Box 660317
Dallas, TX 75266-0317

U.S. Small Business Administration
PO Box 3918
Portland, OR 97208-3918

UNUM Life Insurance Company of America
Post Office Box 403748
Atlanta, GA 30384-3748

Venture Medical
211 N Higgins Ave.
Ste. 305
Missoula, MT 59802

West Physics
PO Box 5070
Greensburg, PA 15601-5058

Wrinkle Free Delivery
1648 Memorial Drive
Suite A
Atlanta, GA 30317

Ziehm-Orthoscan Inc.
P.O. Box 841258
Dallas, TX 75284-1258

**United States Bankruptcy Court**

**IN RE:**                                                                                          Case No._____

Georgia Vascular Specialists, P.C.
_____ Chapter  \_\_11_____

# LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Georgia Vascular Holding Corporation, P.C. P O Box 54888, Atlanta, GA 30308 | 100 | Other |